IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN McCLELLAN, | |
| Plaintiff, | Civ. No. 1:12-cv-01736-TC |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

MCSHANE, Judge:

    Plaintiff Susan McClellan brings this action for judicial review of Magistrate Judge Coffin's Findings and Recommendation, affirming the Social Security Administration Commissioner's decision denying plaintiff's application for disability insurance benefits.

This court has jurisdiction under 42 U.S.C. §§ 405(g) and 1383(c)(3).
1 – OPINION AND ORDER

Magistrate Judge Coffin filed his Findings and Recommendation on August 19, 2013. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give de novo review to the factual findings of the Magistrate Judge. *Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir.1982). See also *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles in this matter de novo, I find no error. THEREFORE, IT IS HEREBY ORDERED that, I adopt Magistrate Judge Coffin's Findings and Recommendation.

IT IS SO ORDERED.

DATED this 29th day of October, 2013.

_____
Michael McShane
United States District Judge

2 – OPINION AND ORDER